UNITED STATES of America, Appellant, v. C.
C. LAMOND, Appellee.
No. 3516.

Circuit Court of Appeals, Fourth Circuit.
May 22, 1933.

Alvah H. Martin, Asst. U. S. Atty., of
Norfolk, Va.

Gardner L. Boothe, of Alexandria, Va.,
for appellee.

PER CURIAM.
Case dismissed under rule 20, by agreement of attorneys.

UNITED STATES of America v. Fred
LINDBECK.
No. 1005.

Circuit Court of Appeals, Tenth Circuit.
Jan. 2, 1934.

Dan B. Shields, U. S. Atty., of Salt Lake
City, Utah.

Hawley & Worthwine, of Boise, Idaho,
for appellee.

Before LEWIS and PHILLIPS, Circuit
Judges.

PER CURIAM.
Appeal dismissed, on motion of appellant.

UNITED STATES of America v. LOUISIANA
& ARKANSAS RAILWAY COMPANY and
Louisiana Railway & Navigation Company.
No. 7274.

Circuit Court of Appeals, Fifth Circuit.
Jan. 9, 1934.

J. W. Hopkins, Sp. Asst. to the U. S.
Atty., of New Orleans, La., for appellant.

PER CURIAM.
The court, considering the joint motion of
United States of America, appellant, and
Louisiana & Arkansas Railway Company
and Louisiana Railway & Navigation Company, appellees, filed herein, it is ordered
that the appeal be docketed forthwith. It is
further ordered, adjudged, and decreed that
the decree of the District Court of the United
States for the Eastern District of Louisiana
rendered herein on September 14, 1933, be,
and the same is hereby, reversed and set
aside, and that this case be remanded for
further proceedings. It is further ordered
that the mandate of this court shall issue
forthwith.

UNITED STATES of America, Appellant, v.
George W. McCORMICK, Appellee.
No. 7314.

Circuit Court of Appeals, Ninth Circuit.
Oct. 30, 1933.

Carl C. Donaugh, U. S. Atty., and Edwin
D. Hicks, Asst. U. S. Atty., both of Portland,
Or.

Francis E. Marsh, of Portland, Or., for
appellee.

Before WILBUR, SAWTELLE, and
GARRECHT, Circuit Judges.

PER CURIAM.
Upon stipulation of counsel for respective
parties, ordered appeal dismissed; mandate
forthwith.